February 28, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

JACOB P. CUKJATI, Appellant

NO. 14-11-01096-CV                      V.

B. SPENCER & ASSOCIATES, P.C. D/B/A SPENCER & ASSOCIATES, P.C. N/K/A
THE SPENCER LAW FIRM , Appellee
_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on November 22, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by JACOB P. CUKJATI.

We further order this decision certified below for observance.